UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORDAN ADAMS,
    Plaintiff,

vs.                                  Case No.:  3:21cv4698/MCR/EMT

WARDEN, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a Florida inmate proceeding pro se, commenced this action on December 21, 2021, by filing a Petition for Writ of Mandamus (ECF No. 1). The legal basis for Plaintiff's action was unclear; therefore, on January 3, 2022, the court directed the clerk to send Plaintiff a copy of the court-approved petition for use in 28 U.S.C. § 2254 cases and a complaint form for use by prisoners in civil rights actions brought pursuant to 42 U.S.C. § 1983 (ECF No. 3). The court directed Plaintiff to file, within thirty days, **either** (1) a habeas corpus petition on the § 2254 form, or (2) a civil rights complaint on the § 1983 form (*id.* at 5). The court notified Plaintiff that failure to comply with the court's order would result in a recommendation of dismissal of this case (*id.*).

Plaintiff did not comply with the court's order by the deadline; therefore, on February 10, 2022, the court issued an order directing Plaintiff to show cause, within

thirty days, why this case should not be dismissed for Plaintiff's failure to comply with an order of the court (ECF No. 4). The thirty-day deadline has passed, and Plaintiff has not responded to the show cause order.[1]

Accordingly, it is respectfully **RECOMMENDED** that the petition for writ of mandamus (ECF No. 1) be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 11th day of April 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[1] On March 8, 2022, the copy of the show cause order mailed to Plaintiff's record address was returned by the U.S. Postal Service marked, "Return To Sender; Attempted - Not Known; Unable To Forward" (*see* ECF No. 5). Plaintiff did not notify the court that his address changed. On March 8, 2022, the clerk of court re-sent the show cause order to Hardee Correctional Institution, the correctional facility where Plaintiff is housed according to the Florida Department of Corrections' inmate locator. The re-sent order has not been returned.

Case No.: 3:21cv4698/MCR/EMT